**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| MICHAEL MAZE | CIVIL ACTION NO. 05-1453-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DEPARTMENT OF CORRECTIONS, ET AL. | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment (Record Document 19) be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's complaint be and is hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 24th day of October, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE